IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Van M. Robinson and Polly R. Robinson,) | No. CV 10-1829-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Bank of New York Mellon et al, ) | |
| Defendant. ) | |

On the afternoon of August 26, 2010, the court was presented with plaintiffs' *Ex Parte* Application for Temporary Restraining Order, seeking to enjoin a trustee's sale set for 12:00 PM on August 27, 2010. The 20 page Application exceeds the page limits imposed by LRCiv 7.2(e). It is accompanied by a complaint that consists of 35 pages, 14 counts and 9 exhibits. It took someone (it appears to have been prepared by counsel, or copied from one prepared by counsel) a long time to prepare these documents, and yet are presented hours before the sale. Indeed, the Application acknowledges that the Notice of Sale was received more than one month ago, on July 23, 2010. Application at 6.

This court has been inundated with complaints similar to this one (the show me the note variety), and none has been successful. At all events, seeking an ex parte TRO, too late to give defendants meaningful notice, when the application could have been filed weeks ago, fails to satisfy the notice requirements of Rule 65(b)(1), Fed. R. Civ. P. The rush here was

1  created by plaintiffs' unexplained delay in filing the action.

2  Because the likelihood of success on the merits is slim, the irreparability is created by
3  plaintiffs' delay, the balance of equities does not tip in plaintiffs' favor (defendants cannot be
4  heard) and the public interest is not served by this sort of artificially created rush, it is
5  ORDERED DENYING plaintiffs' application for Temporary Restraining Order.

6  We urge plaintiffs to seek the advice of competent counsel.  If they do not have a
7  lawyer, they may wish to contact the Lawyer Referral Service of the Maricopa Bar
8  Association at 602-257-4434.

9  DATED this 26th day of August, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -